shall serve the same by reading, or by delivery of a copy thereof to the person summoned, and shall make return in what manner he has executed the same; and any person who shall neglect or refuse to appear or to testify when so required and summoned, shall be subject to a penalty of not less than twenty-five dollars, and may be compelled to appear or to testify in any other legal manner. When any witness may be unable to attend from sickness or other cause, or is beyond the jurisdiction of the city council, his deposition taken in accordance with the laws of the state may be read in evidence.

Passed September 28, 1865.

## AN ORDINANCE IN RELATION TO THE RAILROAD ON THIRD STREET.

The Alton and Sangamon railroad company, are allowed the right of way in Third street, in said city, throughout its whole length and width, except a strip ten feet wide on each side of said street, in front of all property on said street but their own, for sidewalks, so far as may be necessary for the construction, completion, operation, and convenient enjoyment of their railroad within and upon said street; said company shall not erect any building within or upon said street; that said company shall so grade, level, and bridge said street, on at least one side of their track, as to be at all times conveniently passable for teams, with convenient access to and from the same, on both sides thereof, at each street and alley crossing said track; that said company shall make, construct, and at all times keep in repair, sufficient and suitable culverts, ditches, and whatever else shall be needful for the complete drainage of said Third street; that the locomotives, cars, etc., of said company shall not, while within the limits of said city, move at a greater speed than the rate of six miles per hour: *And provided, further*, that said city does not assume to make compensation for any injury which may be done to private property by said company; and does not assume to interfere with any legal claim for damages which the owners of private property may at any time have against said company.

Passed March 20, 1851.

### AMENDED.

The ordinance in relation to the Alton and Sangamon railroad company, allowing said company the right of way, in part over and upon Third street, passed March 20, 1851, is so amended as to require said company, in the construction of culverts, bridges, ditches, and whatsoever else shall

be useful and needful for the complete drainage of said Third street, to do, execute, and perform the same in conformity to, and with the direction of the city council of said city.

Passed June 26, 1851.

## AN ORDINANCE IN RELATION TO RAILROADS.

SECTION 1. It shall be the duty of each and every railroad company or corporation operating any railroad within the jurisdiction of Springfield, and they are hereby required to keep in repair, so much as they shall use of the street or streets through which their respective tracks may run; they shall therein construct, and at all times keep in repair sufficient and suitable culverts and ditches, and whatever else may be needful for the thorough and efficient drainage of the street, or streets aforesaid.

§ 2. Such railroad companies or corporations shall at all times leave open and unobstructed, on either side of their respective track or tracks, a sufficient space of street, so as to be at all times conveniently passable, both for teams and for persons on foot, with room for convenient access to and from said streets, on both sides of said tracks: *Provided*, that this ordinance shall not be construed to repeal, or in any manner affect the provisions of an ordinance granting right of way to the Alton and Sangamon railroad company, passed March 20, 1851.

§ 3. If any such railroad company or corporation shall neglect or refuse to comply with any requirement in this ordinance contained, such company or corporation shall for every such neglect or refusal be subject to a penalty of not less than ten dollars; and a recovery of said penalty for any such neglect or refusal, shall not be a bar to any future prosecution for like neglect or refusal.

Passed October 2, 1865.