UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

ISRINGHAUSEN IMPORTS, INC.,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

    Defendant.

NO. 3:16-cv-3160

**PLAINTIFF'S REPLY TO DEFENDANT'S ANSWER**

    NOW COMES Plaintiff ISRINGHAUSEN IMPORTS, INC., by its attorneys, Barber, Segatto, Hoffee, Wilke & Cate, LLP, and files its Reply to Defendant's Affirmative Defenses raised in paragraphs 15-20 (unnumbered) of Defendant's Answer, and states as follows:

    1.    Plaintiff denies that Plaintiff has failed to state a claim for which relief may be granted, as alleged in paragraph 15 of Defendant's Answer.

    2.    Plaintiff denies that Plaintiff is estopped from questioning the title of its landlord, as alleged in paragraph 16 of Defendant's Answer.

    3.    Plaintiff denies that Plaintiff's claim is barred by laches, as alleged in paragraph 17 of Defendant's Answer.

    4.    Plaintiff denies that Plaintiff waived its claim by entering into the lease and paying rent, as alleged in paragraph 18 of Defendant's Answer.

    5.    Plaintiff denies that Plaintiff waived and released its claim based on the terms of the lease, as alleged in paragraph 19 of Defendant's Answer.

    6.    Plaintiff denies that Plaintiff is preempted from bringing its claim by any federal law,

Case No. 3:16-cv-3160

as alleged in paragraph 20 of Defendant's Answer.

WHEREFORE, Plaintiff ISRINGHAUSEN IMPORTS, INC. requests judgment against Defendant UNION PACIFIC RAILROAD COMPANY in the amount of $123,116.00, together with interest as provided by statute and for such further relief as the Court deems just.

                                                ISRINGHAUSEN IMPORTS, INC., an Illinois corporation, Plaintiff

                                                By   /s/ R. Kurt Wilke
                                                    One of its Attorneys

R. Kurt Wilke - 06190769
Barber, Segatto, Hoffee, Wilke & Cate, LLP
831 E. Monroe St., P.O. Box 79
Springfield, IL 62705
217/544-4868
wilke@barberlaw.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney licensed to practice in the State of Illinois, hereby certifies that a copy of the foregoing instrument was served by mail on the following:

        Mary Bonacorsi
        Thompson Coburn LLP
        One U.S. Bank Plaza
        St. Louis, MO 63101

by enclosing same in an envelope with postage prepaid and depositing it in the U.S. Mail at Springfield, Illinois, on the 2nd day of November, 2016.

                                                        /s/ R. Kurt Wilke

261387