UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ISRINGHAUSEN IMPORTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | NO. 3:16-cv-3160 |

**PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM**

NOW COMES Plaintiff ISRINGHAUSEN IMPORTS, INC., by its attorneys, Barber, Segatto, Hoffee, Wilke & Cate, LLP, and files its Answer to Defendant's Counterclaim, and states as follows:

1. Plaintiff admits the allegations in paragraph 1 of the Counterclaim.

2. Plaintiff admits the allegations in paragraph 2 of the Counterclaim.

3. Plaintiff admits the allegations in paragraph 3 of the Counterclaim.

4. Plaintiff admits the allegations in paragraph 4 of the Counterclaim.

5. (There is no paragraph 5 in Defendant's Counterclaim.)

6. Plaintiff admits the allegations in paragraph 6 of the Counterclaim.

7. Plaintiff admits the allegations in paragraph 7 of the Counterclaim, but states that it has not had exclusive possession of the premises.

8. Plaintiff denies that Defendant has the right to enforce the lease in any respect, and therefore denies the allegations in paragraph 8 of the Counterclaim.

9. Plaintiff denies that Defendant has the right to enforce the lease in any respect, and

Case No. 3:16-cv-3160

therefore denies the allegations in paragraph 9 of the Counterclaim.

10.	Plaintiff denies the allegations in paragraph 10 of the Counterclaim.

WHEREFORE, Plaintiff ISRINGHAUSEN IMPORTS, INC. respectfully requests that this Court dismiss Defendant UNION PACIFIC RAILROAD COMPANY's Counterclaim with prejudice, enter judgment in favor of Plaintiff and for such further relief as the Court deems just.

                ISRINGHAUSEN IMPORTS, INC., an Illinois corporation, Plaintiff

                By  /s/ R. Kurt Wilke
                     One of its Attorneys

R. Kurt Wilke - 06190769
Barber, Segatto, Hoffee, Wilke & Cate, LLP
831 E. Monroe St., P.O. Box 79
Springfield, IL 62705
217/544-4868
wilke@barberlaw.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney licensed to practice in the State of Illinois, hereby certifies that a copy of the foregoing instrument was served by mail on the following:

        Mary Bonacorsi
        Thompson Coburn LLP
        One U.S. Bank Plaza
        St. Louis, MO 63101

by enclosing same in an envelope with postage prepaid and depositing it in the U.S. Mail at Springfield, Illinois, on the 2nd day of November, 2016.

                /s/ R. Kurt Wilke

261545