UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ISRINGHAUSEN IMPORTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNION PACIFIC RAILROAD COMPANY, <br><br> Defendant. | NO. 3:16-cv-3160 |

## JOINT MOTION TO DISMISS

NOW COME Plaintiff, ISRINGHAUSEN IMPORTS, INC., and Defendant, UNION PACIFIC RAILROAD COMPANY, and stipulate that this action has been settled and all costs paid, and therefore move that the Court dismiss Plaintiff's Complaint and Defendant's Counterclaim with prejudice.

ISRINGHAUSEN IMPORTS, INC., an
Illinois corporation, Plaintiff

By  /s/ illegible signature
    One of its Attorneys

R. Kurt Wilke - 06190769
Barber, Segatto, Hoffee, Wilke & Cate, LLP
831 E. Monroe St., P.O. Box 79
Springfield, IL 62705
217/544-4868
wilke@barberlaw.com

UNION PACIFIC RAILROAD COMPANY,
Defendant

By  /s/ illegible signature
    One of its Attorneys

Mary Bonacorsi
Thompson Coburn LLP
One U.S. Bank Plaza
St. Louis, MO 63101

270560